METPATH, INC. v. DIRECTOR, DIVISION OF TAXATION.

September 7, 1983.

Petition for certification granted.

WILLIAM B. MILLISON v. E.I. DU PONT DE NEMOURS & COMPANY.

September 7, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT MOORE.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BARON FRANKLIN.

September 7, 1983.

Petition for certification denied.